IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY AND CIGNA HEALTH AND LIFE INSURANCE COMPANY | § § § § § | JURY DEMANDED |
| VS. | § § | CIVIL ACTION NO. 4:16-cv-571 |
| ELITE CENTER FOR MINIMALLY INVASIVE SURGERY LLC; et al. | § § § | |

## ORDER

Currently before the Court is the unopposed motion of defendants Elite Center for Minimally Invasive Surgery LLC, Houston Metro Ortho and Spine Surgery Center LLC, and Elite Ambulatory Surgery Centers LLC (the "Defendants") for an extension of time to file an Answer to Plaintiffs' Complaint (the "Motion"). After considering the Motion, the Court is of the opinion that the Motion should be, and is, GRANTED.

Accordingly, IT IS THEREFORE ORDERED that Defendants' Motion is GRANTED.

IT IS FURTHER ORDERED that Defendants shall have up to and including March 8, 2017 to file an Answer to Plaintiffs' Complaint (Doc. 1).

SIGNED on this 20th day of February, 2017.

Keith P. Ellison
United States District Judge