| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

HOUSTON DIVISION

Connecticut General Life Insurance
Company, et al.
   *Plaintiff(s),*

v.                                          Case No. 4:16−cv−00571

Elite Center For Minimally Invasive Surgery
LLC, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**

DATE: 8/24/2017

TIME: 02:00 PM

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE**

**515 RUSK COURTROOM 3−A**

**HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN

ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.

**David J. Bradley, Clerk**