IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY AND CIGNA HEALTH AND LIFE INSURANCE COMPANY | § § § § § | JURY DEMANDED |
| VS. | § § | CIVIL ACTION NO. 4:16-cv-571 |
| ELITE CENTER FOR MINIMALLY INVASIVE SURGERY LLC; HOUSTON METRO ORTHO AND SPINE SURGERY CENTER LLC; and ELITE AMBULATORY SURGERY CENTERS LLC d/b/a ELITE SURGICAL AFFILIATES | § § § § § § § § | |

## AMENDED SCHEDULING ORDER

The Parties' Joint Motion to Amend Scheduling Order is GRANTED.

The following amended schedule shall govern the disposition of this case:

| | |
|---|---|
| Plaintiff's Experts | January 15, 2018 |
| Defendants' Experts | March 2, 2018 |
| Discovery Completion | April 2, 2018 |
| Dispositive Motions | May 4, 2018 |
| Joint Pretrial Order | May 25, 2018 |
| Trial at 9:00 a.m. | August 20, 2018 |

It is so ORDERED.

SIGNED this 24th day of August, 2017.

Keith Ellison
United States District Judge

HOU:3807016.1