IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY AND CIGNA HEALTH AND LIFE INSURANCE COMPANY | § § § § § | JURY DEMANDED |
| VS. | § § | CIVIL ACTION NO. 4:16-cv-571 |
| ELITE CENTER FOR MINIMALLY INVASIVE SURGERY LLC; HOUSTON METRO ORTHO AND SPINE SURGERY CENTER LLC; and ELITE AMBULATORY SURGERY CENTERS LLC d/b/a ELITE SURGICAL AFFILIATES | § § § § § § § § | |

## Unopposed Motion to Extend Defendants' Deadline to File Reply in Support of their Motion to Compel

Defendants Elite Center for Minimally Invasive Surgery LLC, Houston Metro Ortho and Spine Surgery Center LLC, and Elite Ambulatory Surgery Centers LLC d/b/a Elite Surgical Affiliates (collectively, "Defendants") file this unopposed motion requesting that the Court extend the Defendants' deadline to file a reply in support of Defendants' Motion to Compel (Docket No. 43). Specifically, Defendants request that the deadline be extended to **January 3, 2018** (from December 28, 2017). Defendants request this extension in the interest of justice and not for the purpose of unreasonable delay. A proposed agreed order is submitted with this motion.

Respectfully submitted,

*[signature]*

**Craig B. Florence**
State Bar No. 07158010
S.D. of Tex. No. 14743
**Sadie F. Butler**
State Bar No. 24085234
S.D. of Tex. No. 2924139
**Sara Ann Brown**
Texas State Bar No.  24075773
S.D. of Tex. No. 1716679
**GARDERE WYNNE SEWELL LLP**
2021 McKinney Ave., Suite 1600
Dallas, Texas 75201
(214) 999-3000 (telephone)
(214) 999-4667 (facsimile)
cflorence@gardere.com
sbutler@gardere.com
sabrown@gardere.com

**ATTORNEYS FOR DEFENDANTS ELITE CENTER FOR MINIMALLY INVASIVE SURGERY LLC, HOUSTON METRO ORTHO AND SPINE SURGERY CENTER LLC, AND ELITE AMBULATORY SURGERY CENTERS LLC D/B/A ELITE SURGICAL AFFILIATES**

## Certificate of Conference

This is to certify that the undersigned counsel for Defendants has conferenced with counsel for Cigna, and Cigna is unopposed to the relief requested in this motion.

_____
Sara Ann Brown

## Certificate of Service

On December 27, 2017, the undersigned electronically filed this document with the clerk of court for the U.S. District Court, Southern District of Texas, using the electronic case filing system of the court. The electronic case filing system sent a "Notice of Electronic Filing" to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

_____
Sara Ann Brown

Gardere01 - 10991870v.1