| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

### HOUSTON DIVISION

Connecticut General Life Insurance
Company, et al.
   *Plaintiff(s),*

v.                                                                  Case No. 4:16−cv−00571

Elite Center For Minimally Invasive Surgery
LLC, et al.
   *Defendant(s).*

# NOTICE OF SETTING

## PLEASE TAKE NOTICE

HEARING: **Motion Hearing**
RE: Motion to Compel – #40
Motion to Compel – #43

DATE: **2/13/2018**

TIME: **02:00 PM**

HAS BEEN SET BEFORE

**JUDGE KEITH P. ELLISON**

**UNITED STATES COURTHOUSE
515 RUSK COURTROOM 3−A
HOUSTON, TEXAS 77002.**

ALL PARTIES MAY APPEAR BY TELEPHONE BY CALLING IN
ON THE COURT'S DIAL−IN NUMBER AT 713−250−5238.

**David J. Bradley, Clerk**                                                       Date: February 1, 2018

By Deputy Clerk, A. Rivera