United States District Court
Southern District of Texas
**ENTERED**
May 25, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **CONNECTICUT GENERAL LIFE INSURANCE COMPANY,** *et al*, § § § | |
| Plaintiffs, § § | |
| VS. § | CIVIL ACTION NO. 4:16-CV-571 |
| § | |
| **ELITE CENTER FOR MINIMALLY INVASIVE SURGERY LLC,** *et al*, § § § | |
| Defendants. § | |

## CONDITIONAL ORDER OF DISMISSAL

The Court has been informed by e-mail that the parties have agreed to settle this matter. The case is therefore **DISMISSED WITHOUT PREJUDICE** to reinstatement of the claims if any party represents to the Court, within sixty (60) days of this Order, that the settlement could not be completely documented. The claims will be **DISMISSED WITH PREJUDICE** sixty (60) days after the entry of this Order unless any party moves for reinstatement or an extension of the conditional dismissal period before that date.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas, on this the 24th day of May, 2018.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE