United States District Court
Southern District of Texas
**ENTERED**
September 26, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONNECTICUT GENERAL LIFE INSURANCE COMPANY and CIGNA HEALTH AND LIFE INSURANCE COMPANY | § § § § § | JURY DEMANDED |
| vs. | § § | CIVIL ACTION NO. 4:16-cv-00571 |
| ELITE CENTER FOR MINIMALLY INVASIVE SURGERY LLC; HOUSTON METRO ORTHO AND SPINE SURGERY CENTER LLC; and ELITE AMBULATORY SURGERY CENTERS LLC d/b/a ELITE SURGICAL AFFILIATES | § § § § § § § § | |

## AGREED FINAL JUDGMENT

Pending before the Court are the Parties' Agreed Stipulation of Dismissal and Agreed Final Judgment. Having considered the matter, the Court finds and concludes that all of Plaintiffs Connecticut General Life Insurance Company's and Cigna Health and Life Insurance Company's claims and causes of action asserted in this lawsuit against Defendants Elite Center for Minimally Invasive Surgery LLC, Houston Metro Ortho and Spine Surgery Center, LLC and Elite Ambulatory Surgery Centers LLC d/b/a Elite Surgical Affiliates should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs of court.

The Court further finds and concludes that all of Defendants Elite Center for Minimally Invasive Surgery LLC's, Houston Metro Ortho and Spine Surgery Center, LLC's, and Elite Ambulatory Surgery Centers LLC d/b/a Elite Surgical Affiliates' claims and causes of action asserting in this lawsuit against Plaintiffs Connecticut General Life Insurance Company's and Cigna Health and Life Insurance Company should be dismissed with prejudice, with each party to bear its own attorneys' fees and costs of court.

HOU:3891261.1

It is therefore ORDERED that the Parties' respective claims and causes of action asserted in this lawsuit against each other are dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs of court are to be borne by the parties incurring the same.

_____
UNITED STATES DISTRICT JUDGE